

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-15-00026-CR

Reggie David **VINE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3955
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The trial court imposed sentence on November 7, 2014; the appellant had thirty days to file a motion for new trial. *See* TEX. R. APP. P. 21.4(a); *Rodarte v. State*, 860 S.W.2d 108, 109 (Tex. Crim. App. 1993). Because the clerk's record in this appeal does not show appellant timely filed a motion for new trial, the notice of appeal was due to be filed on December 8, 2014. *See* TEX. R. APP. P. 26.2(a)(1). The appellant's notice of appeal was filed with the trial court on January 9, 2015.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Absent a timely motion for new trial, a defendant's notice of appeal is timely filed if filed within thirty days after (1) the day sentence is imposed or suspended in open court, or (2) the day the trial court enters an appealable order. *See* TEX. R. APP. P. 26.2; *Olivo*, 918 S.W.2d at 522. In this case, the appellate record does not show that the appellant's notice of appeal was timely filed.

A late notice of appeal may be considered timely so as to invoke a court of appeal's jurisdiction if:

(1) it is filed within fifteen days of the last day allowed for filing;
(2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal; and
(3) the court of appeals grants the motion for extension of time.

*Olivo*, 918 S.W.2d at 522; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (stating that an out-of-time appeal from a final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure).

Therefore, we ORDER appellant to show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of jurisdiction. *See Olivo*, 918 S.W.2d at 522; *Ater*, 802 S.W.2d at 243.

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court